## Commonwealth *v.* Benson, Appellant.

Submitted June 8, 1970. *Stephen A. Sheller,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Binkley, Appellant.

Submitted June 8, 1970. *Frederick S. Wolf,* and *Beaver, Wolf & Brandt,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.